

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Humberto Lopez, Jr. and Olga Lopez v. Mayra Rivas and Linda Lopez

Appellate case number:   01-14-00592-CV

Trial court case number:  2011-32028

Trial court:               190th District Court of Harris County

On September 2, 2014, appellees timely filed an objection to our order of August 25, 2014 referring the parties to mediation. Having considered the basis for the objection, we **VACATE** our mediation order of August 25, 2014.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
              ☑ Acting individually    ☐ Acting for the Court

Date: December 23, 2014